# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AUTOMATED PETROLEUM AND
ENERGY COMPANY, INC.,

    Plaintiff,

vs.

                                      CASE NO.: 8:06-cv-1285-JSM-MAP

COMMERCE AND INDUSTRY
INSURANCE COMPANY,

    Defendant.

## ORDER CONTINUING STAY

This matter is before the Court upon the Joint Status Report of the Plaintiff and Defendant ("Parties") filed on January 8, 2009 in which the Parties notified the Court that they had entered into an Extension of the Standstill Tolling and Non-Waiver Agreement ("Agreement") and requested that this case be stayed until such time as notice is given of the termination or expiration of the Agreement.

The Court, having considered the Joint Status Report and the request, and for good cause shown, finds that it should be granted.

**IT IS,** therefore, **ORDERED** that:

1.    This case is stayed until such time as notice is given that the Agreement has been terminated or has expired.

1

2. Within twenty (20) days before the expiration of the stay, the parties shall meet and confer relative to the establishment of discovery and litigation deadlines and, in consultation with the Court, a new trial date;

3. Within ten (10) days after the expiration of the stay, the parties shall submit a stipulated amendment to the Case Management and Scheduling Order to establish discovery and other litigation deadlines and a trial date.

**DONE** and **ORDERED** in Tampa, Florida on January 15, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2006\06-cv-1285.continue stay.frm