UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AUTOMATED PETROLEUM AND
ENERGY COMPANY, INC.,

      Plaintiff,

vs.                                          CASE NO.: 8:06-cv-1285-JSM-MAP

COMMERCE AND INDUSTRY
INSURANCE COMPANY,

      Defendant.

_____

## JOINT STATUS REPORT

As directed by this Court's Order entered on June 4, 2009, Plaintiff, Automated Petroleum & Energy Company, Inc. ("APEC"), and Defendant, Commerce & Industry Insurance Company ("C&I"), jointly submit this status report to the court as follows:

    1.    The parties entered into an Extension of the Standstill Tolling and Non-Waiver Agreement ("Extension") on June 2, 2009, a copy of which is attached hereto as Exhibit "A".

    2.    The Extension extends the Tolling Period of the Agreement until sixty (60) days after a meeting to be scheduled between the parties. The parties are seeking dates at the end of June or first part of July when their respective environmental consultants and attorneys can meet to review the site assessment data together for the purpose of establishing whether contamination at the site is covered by C&I's policy.

4. The purpose of extending the stay until sixty (60) days following the meeting is for the purpose of allowing the parties to attempt to resolve this matter without further litigation.

5. Within ten (10) days of termination or expiration of the Extension but no later than September 30, 2009, the parties will so notify the court of the execution of an additional stay extension or for the purpose of establishing a litigation timetable.

**WHEREFORE**, the parties request the entry of an order staying this litigation until such time as the court receives notice that the Extension has been terminated or has expired, such notice to be given within ten (10) days of the termination or expiration of the Extension, but no later than September 30, 2009.

Respectfully submitted this 15th day of June, 2009.

AUTOMATED PETROLEUM AND ENERGY COMPANY, INC.

/s/Robert D. Fingar
GRAMLING & FINGAR, LLP
Florida Bar No. 0578282
1983 Centre Pointe Boulevard, Suite 200,
Tallahassee, Florida 32308
Tel: (850) 385-1212
Fax: (850) 385-7778

COMMERCE AND INDUSTRY INSURANCE COMPANY

/s/
Mr. Daniel J. Lynn
Mr. Richard S. Kuhl, Esquire
Marie L. VanDam, Esquire
Jackson & Campbell
1120 Twentieth Street, N.W., South Tower
Washington, D.C. 20036

Mr. Patrick A. Burson, Esquire
Banker Lopez Gassler, P.A.
501 East Kennedy Boulevard, Suite 1600
Tampa, FL 33602
Tel: (813) 222-2066
Fax: (813) 22-3066

## EXTENSION OF
## STANDSTILL TOLLING AND NON-WAIVER AGREEMENT

The parties, Automated Petroleum and Energy Company, Inc. ("APEC") and Commerce & Industry Insurance Company ("C&I"), by and through their undersigned attorneys, pursuant to paragraphs 14 and 15 of the Standstill Tolling and Non-Waiver Agreement ("Agreement") executed on June 20, 2008, hereby agree that the Tolling Period set forth in paragraph 2 of the Agreement is extended to sixty (60) days after a meeting to be scheduled between the parties. The parties further agree that all other provisions of the Agreement remain in effect until the Agreement expires or until the Agreement is otherwise terminated as provided in paragraph 11 therein.

SO AGREED:

APEC, Inc.

DATE: 6/1/09

By: _____
Robert D. Fingar, Authorized Representative


AIG Domestic Claims, Inc., as authorized agent for Commerce & Industry Insurance Company

DATE: 6/2/09

By: _____
Warren Usdin, Authorized Representative

**EXHIBIT "A"**