UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AUTOMATED PETROLEUM AND
ENERGY COMPANY, INC.,

    Plaintiff,

vs.

                              CASE NO.: 8:06-cv-1285-JSM-MAP

COMMERCE AND INDUSTRY
INSURANCE COMPANY,

    Defendant.
_____

## ORDER CONTINUING STAY

This matter is before the Court upon the Joint Status Report of the Plaintiff and Defendant ("Parties") filed on June 15, 2009 (Docket Entry #49) in which the Parties notified the Court that they had entered into an Extension of the Standstill Tolling and Non-Waiver Agreement ("Extension") and requested that this case be stayed until such time as notice is given of the termination or expiration of the Extension.

The Court, having considered the Joint Status Report and the request, and for good cause shown, finds that it should be granted.

**IT IS,** therefore, **ORDERED** that:

1.    This case is stayed until such time as notice is given that the Extension has been terminated or has expired.

2.    Within ten (10) days after expiration of the Extension but no later than September 30, 2009, the parties shall submit a Joint Status Report advising the Court as to the status of the insurance coverage issues that remain between the parties or if

additional time is necessary for the parties to attempt to continue to resolve this matter through negotiation.

3. Within ten (10) days after submission of the Joint Status Report, if no additional Extension of the Standstill Tolling and Non-Waiver Agreement has been executed, the parties shall submit a stipulated amendment to the Case Management and Scheduling Order to establish discovery and other litigation deadlines and a trial date.

**ORDERED AND ADJUDGED this \_\_\_ day of June, 2009.**

_____
JUDGE JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished via EC/CMF to:

Robert D. Fingar
Daniel J. Lynn
Richard S. Kuhl
Marie Van Dam
Patrick Burson