UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AUTOMATED PETROLEUM AND
ENERGY COMPANY, INC.,

    Plaintiff,

v.                                   Case No. 8:06-cv-1285-T-30MAP

COMMERCE AND INDUSTRY
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal Without Prejudice (Dkt. #54). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation of Dismissal Without Prejudice (Dkt. #54) is GRANTED.

2. This cause is dismissed without prejudice. Each party is to bear its own attorneys' fees and costs.

3. Any pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 2, 2009.

                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2006\06-cv-1285.dismissal 54.wpd